441 A.2d 443

Commonwealth v. Sharkey, Appellant.

Submitted March 30, 1981. Gary R. Heslin, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., HESTER and JOHNSON, JJ.

The judgment of sentence is affirmed on the comprehensive opinion of Judge James D. McCrudden.